JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. GUNNAR GOEBEL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GREENPOINT MORTGAGE FUNDING, INC., a New York Corporation; U.S. BANK, N.A., IN TRUST FOR, GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1; AURORA BANK, FSB; NATIONSTAR MORTGAGE LLC, a Delaware Corporation; QUALITY LOAN SERVICE CORPORATION, a California Corporation; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this Complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO: 2:12-cv-07253<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

1

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

1   FOR GOOD CAUSE SHOWN, the joint stipulation by and between the
2   Parties to dismiss the entire action with prejudice is hereby GRANTED.
3   This action is hereby dismissed with prejudice.
4   Each party shall bear their own attorney's fees and costs incurred during
5   this action.

7   IT IS SO ORDERED.

9   Dated:  April 9, 2013

    BY:_____
    JUDGE MICHAEL W. FITZGERALD
    U.S. DISTRICT COURT JUDGE

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**